In the Matter of MARION PELLETIER, Petitioner, v. GEORGE K. WYMAN, as Commissioner of Social Services of the State of New York, Respondent.—

1048

Reynolds, J. P., Greenblott, Cooke and Sweeney, JJ., concur; Staley, Jr., J., concurs in the result.